**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ADRIAN ALEXANDER
GARRIDO-OSMA,

                Petitioner,

        v.

FERETI SEMAIA, et al.,

                Respondents.

Case No. 5:26-cv-2001-JLS-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the First Amended Petition; (2) respondents shall immediately release petitioner from immigration custody, subject to appropriate conditions of supervision; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (5) respondents shall file

a status report no later than three days from the date of this Order regarding their compliance with this Order.

Dated: May 13, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE