JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADRIAN ALEXANDER GARRIDO-OSMA,<br><br>              Petitioner,<br><br>       v.<br><br>FERETI SEMAIA, et al.,<br><br>              Respondents. | Case No. 5:26-cv-2001-JLS-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is granted.

Dated: <u>May 13, 2026</u>

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE